**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 23 CR 206 |
| | ) | |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Quinn Keen | ) | |
| Defendant | ) | |

**ORDER**

Initial appearance on a removal proceeding held on 4/7/23 as to Defendant Quinn Keen. Adam Rosenbloom appeared on behalf of the Government. Francis C. Lipuma was appointed to represent the defendant. Defendant appeared in response to the arrest on 4/6/23. The Government advised the defendant of the charges pending against him and the maximum penalties. Defendant was advised of his rights. Defendant waived his right to an identity hearing. The Government and the defendant agreed to certain conditions of release. Defendant is released on a $10,000.00 bond. Enter Order Setting Conditions of Release. Defendant is to be released after processing. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Case is terminated.

T: 00:15

Date: April 7, 2023

Magistrate Judge Maria Valdez