

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                               (312) 435-5670
**Clerk**

## Transfer of Criminal Case

April 10, 2023

District of Columbia District Court
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001

Case Title:  USA v. Keen

Northern District of Illinois Case No.:  1:23-cr-00206-1    Other Court's Case No.:  1:23-mj-73

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                                     ☐ In   ☒ Out

☒ Order.
☐ Commitment Order.
☐ Bond Transfer.
☒ Order Setting Conditions of Release.
☒ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**   ☐ In   ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.

Revised 10/03/16

☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.
☐ **F.R.Cr.P. 20**  ☐ **F.R.Cr.P. 21**   ☐ In  ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/A. Keil
    Deputy Clerk

---

TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: **docketing_ilnd@ilnd.uscourts.gov**

Date:

Clerk, U.S. District Court
By:
Deputy Clerk

Revised 10/03/16